

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEARL RESOURCES LLC AND PEARL RESOURCES OPERATING CO., LLC, | § § | No. 08-19-00096-CV |
| Appellants, | § | Appeal from the |
| v. | § | 83rd District Court |
| | § | of Pecos County, Texas |
| CHARGER SERVICES, LLC, | § | (TC# P-7800-83-CV) |
| Appellee. | § | |

## **O R D E R**

This Court has received and filed Appellants' notice of Appellants' suggestion of bankruptcy under Chapter 11 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED THIS 5TH DAY OF MARCH, 2020.


PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.